## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MICHAEL CLARENCE BOURLIER,

              Petitioner,                    Case No. 18-cv-10648
                                          Hon. Matthew F. Leitman

v.

ERICK BALCARCEL,

              Respondent.

_____/

## JUDGMENT

For the reasons stated in the order issued on this date, it is **ORDERED** and

**ADJUDGED** that this case is **DISMISSED**.


                                        KINIKIA D. ESSIX
                                        CLERK OF THE COURT

                                        By:  s/Holly A. Monda
                                        Deputy Clerk


Approved:

s/Matthew F. Leitman                        Dated: February 16, 2021
Matthew F. Leitman                       Flint, Michigan
United States District Court